| AO 10<br>Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2010 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Sharpe, Gary L. | 2. Court or Organization<br><br>U.S. District Court, NDNY | 3. Date of Report<br><br>05/11/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>District Court Judge, Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,      Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>James T. Foley Courthouse<br>445 Broadway<br>Albany, New York 12207 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Sharpe, Gary L.**

| Name of Person Reporting | Date of Report |
|---|---|
| Sharpe, Gary L. | 05/11/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | Realty USA - Independent Contractor - Commissions |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sharpe, Gary L. | 05/11/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✓ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sharpe, Gary L. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. New York College Tuition Savings # 1 (529) | A | Dividend | J | T | Buy | 01/01/10 | J | | |
| 2. | | | | | Buy (add'l) | 02/01/10 | J | | |
| 3. | | | | | Buy (add'l) | 03/01/10 | J | | |
| 4. | | | | | Buy (add'l) | 04/01/10 | J | | |
| 5. | | | | | Buy (add'l) | 05/01/10 | J | | |
| 6. | | | | | Buy (add'l) | 06/01/10 | J | | |
| 7. | | | | | Buy (add'l) | 07/01/10 | J | | |
| 8. | | | | | Buy (add'l) | 08/01/10 | J | | |
| 9. | | | | | Buy (add'l) | 09/01/10 | J | | |
| 10. | | | | | Buy (add'l) | 10/01/10 | J | | |
| 11. | | | | | Buy (add'l) | 11/01/10 | J | | |
| 12. | | | | | Buy (add'l) | 12/01/10 | J | | |
| 13. New York College Tuition Savings #2 (529) | A | Dividend | J | T | Buy | 01/01/10 | J | | |
| 14. | | | | | Buy (add'l) | 02/01/10 | J | | |
| 15. | | | | | Buy (add'l) | 03/01/10 | J | | |
| 16. | | | | | Buy (add'l) | 04/01/10 | J | | |
| 17. | | | | | Buy (add'l) | 05/01/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sharpe, Gary L. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 06/01/10 | J | | |
| 19. | | | | | Buy (add'l) | 07/01/10 | J | | |
| 20. | | | | | Buy (add'l) | 08/01/10 | J | | |
| 21. | | | | | Buy (add'l) | 09/01/10 | J | | |
| 22. | | | | | Buy (add'l) | 10/01/10 | J | | |
| 23. | | | | | Buy (add'l) | 11/01/10 | J | | |
| 24. | | | | | Buy (add'l) | 12/01/10 | J | | |
| 25. Excel Securities IRA # 1 | A | Dividend | J | T | | | | | |
| 26. -John Hancock U.S. Global Leaders GrowFund Class A | | | | | Sold (part) | 02/25/10 | J | A | |
| 27. | | | | | Sold (part) | 04/22/10 | J | A | |
| 28. -Direxion Commodity Bull 2X Fund ("DXCLX") | | | | | Sold | 02/04/10 | J | A | |
| 29. -Petroleo Brasileiro Petrobas ADR Common ("PBR") | | | | | Sold | 02/25/10 | J | A | |
| 30. -Proshares TR II Ultrashort Euro ("EUO") | | | | | Buy | 02/04/10 | J | | |
| 31. | | | | | Sold | 03/10/10 | J | A | |
| 32. -Primerica Inc Common ("PRI") | | | | | Buy | 04/01/10 | J | | |
| 33. -Barclays Bk PLC Ipath Dow Jones UBS Nickel ("JJN") | | | | | Buy | 04/05/10 | J | | |
| 34. | | | | | Sold | 05/05/10 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sharpe, Gary L. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. -Direxion SHS ETF TR Daily Real Estate Bull ("DRN") | | | | | Buy | 05/05/10 | J | | |
| 36. | | | | | Sold | 05/06/10 | J | A | |
| 37. -Direxion Small Cap Bull ("TNA") | | | | | Buy | 05/19/10 | J | | |
| 38. Excel Securities IRA #2 | A | Dividend | N | T | | | | | |
| 39. -Apple Inc Common ("AAPL") | | | | | Buy (add'l) | 10/20/10 | K | | |
| 40. -Celgene Corp Common | | | | | Buy (add'l) | 07/13/10 | J | | |
| 41. -Research in Motion LTD Common ("RIMM") | | | | | Sold | 03/23/10 | J | A | |
| 42. -Southwestern Energy Co Common ("SWN") | | | | | Sold | 05/06/10 | J | A | |
| 43. -United STS STL Corp New Common ("X") | | | | | Sold | 05/06/10 | J | A | |
| 44. -Peabody Energy Corp Common | | | | | Sold | 05/19/10 | J | A | |
| 45. -Cosan Ltd Shs A ("CZZ") Common | | | | | Sold | 05/19/10 | J | A | |
| 46. -Chesapeake Energy Corp ("CHK") Common | | | | | Sold | 05/19/10 | K | A | |
| 47. -Vale SA ADR ("Vale") Common | | | | | Sold | 05/06/10 | J | A | |
| 48. -Humana Inc. ("Hum") | | | | | Sold | 04/16/10 | J | A | |
| 49. -Aberdeen Small Cap Fund Class A ("GSXAX") | | | | | Sold (part) | 01/25/10 | J | A | |
| 50. | | | | | Sold (part) | 02/18/10 | J | A | |
| 51. | | | | | Sold | 03/31/10 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sharpe, Gary L. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. -Baron Partners Fund ("BPTRX") | | | | | Sold (part) | 01/25/10 | J | A | |
| 53. | | | | | Sold (part) | 02/05/10 | J | A | |
| 54. | | | | | Sold | 03/31/10 | J | A | |
| 55. -Columbia Technology Fund ("CMTFX") | | | | | Sold (part) | 01/25/10 | J | A | |
| 56. | | | | | Sold | 02/04/10 | K | A | |
| 57. -Eaton Vance Tax Managed Small-Cap ("ETMGX") | | | | | Sold (part) | 01/25/10 | J | A | |
| 58. | | | | | Sold | 02/05/10 | L | A | |
| 59. -Gabelli Enterprise Mergers & Acquisitions Fd Cl A ("EMAAX") | | | | | Sold (part) | 01/25/10 | J | A | |
| 60. | | | | | Sold | 02/04/10 | J | A | |
| 61. -John Hancock U.S. Global Leaders Growth Fund Class A | | | | | Sold (part) | 01/25/10 | J | A | |
| 62. | | | | | Sold | 09/24/10 | J | A | |
| 63. -John Hancock Large Cap Equity Fund Class A ("JLVIX") | | | | | Sold (part) | 01/25/10 | J | A | |
| 64. | | | | | Sold (part) | 05/19/10 | J | A | |
| 65. -Hartford Capital Appreciation Fund Class A | | | | | Sold (part) | 01/25/10 | J | A | |
| 66. | | | | | Sold (part) | 02/05/10 | J | A | |
| 67. | | | | | Sold | 07/23/10 | K | A | |
| 68. -Oppenheimer Gold & Special Minerals ("OPGSX") ("OPGSX") | | | | | Sold (part) | 01/25/10 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sharpe, Gary L. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. -Oppenheimer Developing Markets Class A ("ODMAX") | | | | | Sold (part) | 01/25/10 | J | A | |
| 70. | | | | | Sold (part) | 05/19/10 | L | A | |
| 71. -Pimco Total Return Class A ("PTTAX") | | | | | Sold (part) | 01/25/10 | J | A | |
| 72. | | | | | Sold (part) | 09/17/10 | K | A | |
| 73. -RS Value Fund Class A ("RSVAX") | | | | | Sold (part) | 01/25/10 | J | A | |
| 74. | | | | | Sold | 02/04/10 | J | A | |
| 75. -Proshares Ulta FINLS ("UYG") | | | | | Sold | 01/29/10 | J | A | |
| 76. -Baidu Common ("BIDU") | | | | | Buy | 09/24/10 | K | | |
| 77. | | | | | Buy (add'l) | 10/20/10 | J | | |
| 78. -Bucyrus Common ("BUCY") | | | | | Buy | 06/25/10 | K | | |
| 79. -Ford Common ("F") | | | | | Buy | 08/04/10 | K | | |
| 80. -Netapp Common ("NTAP") | | | | | Buy | 09/24/10 | K | | |
| 81. -American Strategic ("CSP") | | | | | Buy | 09/17/10 | K | | |
| 82. -Direxion Bull 2X ("DXCLX") | | | | | Buy | 06/21/10 | K | | |
| 83. | | | | | Sold (part) | 12/23/10 | J | A | |
| 84. -Eaton vance tax managed ("EXG") | | | | | Buy | 09/03/10 | K | | |
| 85. | | | | | Sold (part) | 09/24/10 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sharpe, Gary L. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Matthews Asia ("MAPIX") | | | | | Buy | 08/20/10 | J | | |
| 87. -Annaly ("NLY") | | | | | Buy | 08/20/10 | J | | |
| 88. | | | | | Buy (add'l) | 09/17/10 | J | | |
| 89. -SPDR Gold ("GLD") | | | | | Buy | 06/24/10 | J | | |
| 90. | | | | | Buy (add'l) | 06/25/10 | J | | |
| 91. | | | | | Sold (part) | 07/27/10 | K | A | |
| 92. | | | | | Buy (add'l) | 08/20/10 | J | | |
| 93. -Citigroup Common ("C") | | | | | Buy | 03/17/10 | K | | |
| 94. | | | | | Sold | 05/06/10 | K | A | |
| 95. -Huntington Bancshares ("HBAN") | | | | | Buy | 03/17/10 | K | | |
| 96. | | | | | Sold | 04/16/10 | K | A | |
| 97. -Qwest Communications ("Q") | | | | | Buy | 03/17/10 | K | | |
| 98. | | | | | Sold | 05/06/10 | K | A | |
| 99. -Synovus Finl ("SNV") | | | | | Buy | 03/17/10 | K | | |
| 100. | | | | | Sold | 05/06/10 | J | A | |
| 101. -JP Morgan ("JPM") | | | | | Buy | 04/12/10 | J | | |
| 102. | | | | | Sold | 05/06/10 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sharpe, Gary L. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. -Yahoo Inc Common ("YHOO" | | | | | Buy | 05/17/10 | K | | |
| 104. | | | | | Sold | 09/24/10 | J | A | |
| 105. -Allergan Common ("AGN" | | | | | Buy | 07/13/10 | K | | |
| 106. | | | | | Sold | 09/24/10 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sharpe, Gary L. | 05/11/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VI Liabilities: The Merrill Lynch mortgage listed last year has been deleted because the property is now ▮▮▮▮▮▮▮ not rental property.

| Name of Person Reporting | Date of Report |
|---|---|
| Sharpe, Gary L. | 05/11/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ Gary L. Sharpe

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO 10<br>Rev. 1/2011 | | |

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Sharpe, Gary L. | 2. Court or Organization<br><br>U.S. District Court, NDNY | 3. Date of Report<br><br>07/28/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Court Judge, Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>James T. Foley Courthouse<br>445 Broadway<br>Albany, New York 12207 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Sharpe, Gary L.  A

| Name of Person Reporting | Date of Report |
|---|---|
| Sharpe, Gary L. | 07/28/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✓ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | Realty USA - Independent Contractor - Commissions |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✓ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sharpe, Gary L. | 07/28/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sharpe, Gary L. | 07/28/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. New York College Tuition Savings # 1 (529) | A | Dividend | J | T | Buy | 01/01/10 | J | | |
| 2. -Vanguard Aggressive Age-Based Growth Fund | . | | | | Buy (add'l) | 02/01/10 | J | | |
| 3. | | | | | Buy (add'l) | 03/01/10 | J | | |
| 4. | | | | | Buy (add'l) | 04/01/10 | J | | |
| 5. | | | | | Buy (add'l) | 05/01/10 | J | | |
| 6. | | | | | Buy (add'l) | 06/01/10 | J | | |
| 7. | | | | | Buy (add'l) | 07/01/10 | J | | |
| 8. | | | | | Buy (add'l) | 08/01/10 | J | | |
| 9. | | | | | Buy (add'l) | 09/01/10 | J | | |
| 10. | | | | | Buy (add'l) | 10/01/10 | J | | |
| 11. | | | | | Buy (add'l) | 11/01/10 | J | | |
| 12. | | | | | Buy (add'l) | 12/01/10 | J | | |
| 13. New York College Tuition Savings #2 (529) | A | Dividend | J | T | Buy | 01/01/10 | J | | |
| 14. -Vanguard Agressive Age-Based Growth Fund | | | | | Buy (add'l) | 02/01/10 | J | | |
| 15. | | | | | Buy (add'l) | 03/01/10 | J | | |
| 16. | | | | | Buy (add'l) | 04/01/10 | J | | |
| 17. | | | | | Buy (add'l) | 05/01/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sharpe, Gary L. | 07/28/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. | | | | | Buy (add'l) | 06/01/10 | J | | |
| 19. | | | | | Buy (add'l) | 07/01/10 | J | | |
| 20. | | | | | Buy (add'l) | 08/01/10 | J | | |
| 21. | | | | | Buy (add'l) | 09/01/10 | J | | |
| 22. | | | | | Buy (add'l) | 10/01/10 | J | | |
| 23. | | | | | Buy (add'l) | 11/01/10 | J | | |
| 24. | | | | | Buy (add'l) | 12/01/10 | J | | |
| 25. Excel Securities IRA # 1 | A | Dividend | J | T | | | | | |
| 26. -John Hancock U.S. Global Leaders GrowFund Class A | | | | | Sold (part) | 02/25/10 | J | A | |
| 27. | | | | | Sold (part) | 04/22/10 | J | A | |
| 28. -Direxion Commodity Bull 2X Fund ("DXCLX") | | | | | Sold | 02/04/10 | J | A | |
| 29. -Petroleo Brasileiro Petrobas ADR Common ("PBR") | | | | | Sold | 02/25/10 | J | A | |
| 30. -Proshares TR II Ultrashort Euro ("EUO") | | | | | Buy | 02/04/10 | J | | |
| 31. | | | | | Sold | 03/10/10 | J | A | |
| 32. -Primerica Inc Common ("PRI") | | | | | Buy | 04/01/10 | J | | |
| 33. -Barclays Bk PLC Ipath Dow Jones UBS Nickel ("JJN") | | | | | Buy | 04/05/10 | J | | |
| 34. | | | | | Sold | 05/05/10 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sharpe, Gary L. | 07/28/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. -Direxion SHS ETF TR Daily Real Estate Bull ("DRN") | | | | | Buy | 05/05/10 | J | | |
| 36. | | | | | Sold | 05/06/10 | J | A | |
| 37. -Direxion Small Cap Bull ("TNA") | | | | | Buy | 05/19/10 | J | | |
| 38. Excel Securities IRA #2 | A | Dividend | N | T | | | | | |
| 39. -Apple Inc Common ("AAPL") | | | | | Buy (add'l) | 10/20/10 | K | | |
| 40. -Celgene Corp Common | | | | | Buy (add'l) | 07/13/10 | J | | |
| 41. -Research in Motion LTD Common ("RIMM") | | | | | Sold | 03/23/10 | J | A | |
| 42. -Southwestern Energy Co Common ("SWN") | | | | | Sold | 05/06/10 | J | A | |
| 43. -United STS STL Corp New Common ("X") | | | | | Sold | 05/06/10 | J | A | |
| 44. -Peabody Energy Corp Common | | | | | Sold | 05/19/10 | J | A | |
| 45. -Cosan Ltd Shs A ("CZZ") Common | | | | | Sold | 05/19/10 | J | A | |
| 46. -Chesapeake Energy Corp ("CHK") Common | | | | | Sold | 05/19/10 | K | A | |
| 47. -Vale SA ADR ("Vale") Common | | | | | Sold | 05/06/10 | J | A | |
| 48. -Humana Inc. ("Hum") | | | | | Sold | 04/16/10 | J | A | |
| 49. -Aberdeen Small Cap Fund Class A ("GSXAX") | | | | | Sold (part) | 01/25/10 | J | A | |
| 50. | | | | | Sold (part) | 02/18/10 | J | A | |
| 51. | | | | | Sold | 03/31/10 | J | A | |

1. Income Gain Codes:        A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes                J =$15,000 or less        K =$15,001 - $50,000        L =$50,001 - $100,000        M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes        Q =Appraisal            R =Cost (Real Estate Only)    S =Assessment            T =Cash Market
(See Column C2)            U =Book Value            V =Other                W =Estimated

| Name of Person Reporting | | Date of Report |
|---|---|---|
| Sharpe, Gary L. | . | 07/28/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   -Baron Partners Fund ("BPTRX") | | | | | Sold (part) | 01/25/10 | J | A | |
| 53. | | | | | Sold (part) | 02/05/10 | J | A | |
| 54. | | | | | Sold | 03/31/10 | J | A | |
| 55.   -Columbia Technology Fund ("CMTFX") | | | | | Sold (part) | 01/25/10 | J | A | |
| 56. | | | | | Sold | 02/04/10 | K | A | |
| 57.   -Eaton Vance Tax Managed Small-Cap ("ETMGX") | | | | | Sold (part) | 01/25/10 | J | A | |
| 58. | | | | | Sold | 02/05/10 | L | A | |
| 59.   -Gabelli Enterprise Mergers & Acquisitions Fd Cl A ("EMAAX") | | | | | Sold (part) | 01/25/10 | J | A | |
| 60. | | | | | Sold | 02/04/10 | J | A | |
| 61.   -John Hancock U.S. Global Leaders Growth Fund Class A | | | | | Sold (part) | 01/25/10 | J | A | |
| 62. | | | | | Sold | 09/24/10 | J | A | |
| 63.   -John Hancock Large Cap Equity Fund Class A ("JLVIX") | | | | | Sold (part) | 01/25/10 | J | A | |
| 64. | | | | | Sold (part) | 05/19/10 | J | A | |
| 65.   -Hartford Capital Appreciation Fund Class A | | | | | Sold (part) | 01/25/10 | J | A | |
| 66. | | | | | Sold (part) | 02/05/10 | J | A | |
| 67. | | | | | Sold | 07/23/10 | K | A | |
| 68.   -Oppenheimer Gold & Special Minerals ("OPGSX") ("OPGSX") | | | | | Sold (part) | 01/25/10 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sharpe, Gary L. | 07/28/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. -Oppenheimer Developing Markets Class A ("ODMAX") | | | | | Sold (part) | 01/25/10 | J | A | |
| 70. | | | | | Sold (part) | 05/19/10 | L | A | |
| 71. -Pimco Total Return Class A ("PTTAX") | | | | | Sold (part) | 01/25/10 | J | A | |
| 72. | | | | | Sold (part) | 09/17/10 | K | A | |
| 73. -RS Value Fund Class A ("RSVAX") | | | | | Sold (part) | 01/25/10 | J | A | |
| 74. | | | | | Sold | 02/04/10 | J | A | |
| 75. -Proshares Ulta FINLS ("UYG") | | | | | Sold | 01/29/10 | J | A | |
| 76. -Baidu Common ("BIDU") | | | | | Buy | 09/24/10 | K | | |
| 77. | | | | | Buy (add'l) | 10/20/10 | J | | |
| 78. -Bucyrus Common ("BUCY") | | | | | Buy | 06/25/10 | K | | |
| 79. -Ford Common ("F") | | | | | Buy | 08/04/10 | K | | |
| 80. -Netapp Common ("NTAP") | | | | | Buy | 09/24/10 | K | | |
| 81. -American Strategic ("CSP") | | | | | Buy | 09/17/10 | K | | |
| 82. -Direxion Bull 2X ("DXCLX") | | | | | Buy | 06/21/10 | K | | |
| 83. | | | | | Sold (part) | 12/23/10 | J | A | |
| 84. -Eaton vance tax managed ("EXG") | | | | | Buy | 09/03/10 | K | | |
| 85. | | | | | Sold (part) | 09/24/10 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Matthews Asia ("MAPIX") | | | | | Buy | 08/20/10 | J | | |
| 87. -Annaly ("NLY") | | | | | Buy | 08/20/10 | J | | |
| 88. | | | | | Buy (add'l) | 09/17/10 | J | | |
| 89. -SPDR Gold ("GLD") | | | | | Buy | 06/24/10 | J | | |
| 90. | | | | | Buy (add'l) | 06/25/10 | J | | |
| 91. | | | | | Sold (part) | 07/27/10 | K | A | |
| 92. | | | | | Buy (add'l) | 08/20/10 | J | | |
| 93. -Citigroup Common ("C") | | | | | Buy | 03/17/10 | K | | |
| 94. | | | | | Sold | 05/06/10 | K | A | |
| 95. -Huntington Bancshares ("HBAN") | | | | | Buy | 03/17/10 | K | | |
| 96. | | | | | Sold | 04/16/10 | K | A | |
| 97. -Qwest Communications ("Q") | | | | | Buy | 03/17/10 | K | | |
| 98. | | | | | Sold | 05/06/10 | K | A | |
| 99. -Synovus Finl ("SNV") | | | | | Buy | 03/17/10 | K | | |
| 100. | | | | | Sold | 05/06/10 | J | A | |
| 101. -JP Morgan ("JPM") | | | | | Buy | 04/12/10 | J | | |
| 102. | | | | | Sold | 05/06/10 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sharpe, Gary L. | 07/28/2011 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Yahoo Inc Common ("YHOO" | | | | | Buy | 05/17/10 | ·K | | |
| 104. | | | | | Sold | 09/24/10 | J | A | |
| 105. -Allergan Common ("AGN" | | | | | Buy | 07/13/10 | K | | |
| 106. | | | | | Sold | 09/24/10 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sharpe, Gary L. | 07/28/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VI Liabilities: The Merrill Lynch mortgage listed last year has been deleted because the property is ████████████████ not rental property.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ Gary L. Sharpe

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544